McGREGOR W. SCOTT
United States Attorney
RUSSELL L. CARLBERG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: SEALED SEARCH WARRANT ) CR. NO. 2:08-SW-362 DAD
IN THE MATTER OF THE SEARCH OF )
Lawrence Leland "Lee" Loomis, )
laptop computer, ) Application For Order Unsealing
computer storage media, ) Search Warrant; [~~Proposed~~] Order
cellular telephone, and )
personal digital assistant )
)
_____ )

TO THE HONORABLE GREGORY HOLLOWS, UNITED STATES MAGISTRATE JUDGE:

COME NOW Russell L. Carlberg, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On August 26, 2008, the Honorable United States Magistrate Judge Dale A. Drozd issued an order sealing the Application and Affidavit in Support of Search Warrant in the above-referenced case. Judge Drozd also signed a separate sealing order cover sheet that stated that the case was sealed. In fact, the intent was to seal only the application and affidavit in support of the warrant; the

warrant itself was to be publicly filed upon its return by the agent.

2. In the evening of August 26, 2008, federal agents executed the search warrant on the person of Lee Loomis. Approximately ten days later the agent completed the search warrant return.

THEREFORE, your petitioner prays that the search warrant be unsealed and made part of the public record, but that the application and affidavit in support of the warrant remain under seal for the reasons stated in the original sealing order.

Dated: September 24, 2008                    Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

by: _____
RUSSELL L. CARLBERG
Assistant U.S. Attorney

*including attachments A & B*

[PROPOSED] ORDER

THE COURT HEREBY ORDERS that the Search Warrant in Case No. 2:08-SW-362 DAD, be unsealed and made part of the public record. The Application and Affidavit in Support of the Search Warrant shall remain under seal absent further order of the Court.

DATED: Sept. 24, 2008

_____
GREGORY G. HOLLOWS
HON. GREGORY HOLLOWS
United States Magistrate Judge

2