1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   PAUL A. HEMESATH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11
   **IN RE: SEARCHES OF:**                CR CASE NOS.  S-08-SW-361 DAD
12                                                       S-08-SW-362 DAD
     1. 2424 PROFESSIONAL DRIVE,          CIV CASE NOS. S-08-SW-363 DAD
13      ROSEVILLE, CA 95661                              S-08-SW-364 DAD

14   2. 7915 SHELBORNE DRIVE,
        GRANITE, CA 95746                 [PROPOSED] ORDER TO UNSEAL AFFIDAVIT
15                                        IN SUPPORT OF SEARCH WARRANTS
     3. LAWRENCE LELAND "LEE"
16      LOOMIS

17 **IN RE: SEIZURES OF:**

18   1. WASHINGTON MUTUAL BANK
        ACCOUNT #4420842802
19
     2. WASHINGTON MUTUAL BANK
20      ACCOUNT #4412174338

21
        Upon request of the United States of America and good cause having been shown,
22
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

   [PROPOSED] ORDER TO UNSEAL           1
   AFFIDAVIT

1
2    IT IS HEREBY ORDERED that the Affidavit of FBI Special Agent Kathleen Nicolls in support
3 thereof in the above-captioned proceedings be and are hereby unsealed.
4
5 Date: February 8, 2013
          EDMUND F. BRENNAN
6         United States Magistrate Judge

[PROPOSED] ORDER TO UNSEAL AFFIDAVIT              2